# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS GREEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS FS CARD SERVICES, INC. f/k/a GENESIS BANKCARD SERVICES, INC.,<br><br>Defendant. | Case No.: **3:19-cv-02157-GPC-MDD**<br><br>**ORDER GRANTING THE NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. GONZALO P. CURIEL** |

Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice as to the named Plaintiff, and without prejudice to the putative class.

IT IS SO ORDERED.

Dated: February 3, 2020

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge